

LJB/EBP: 2012R00045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 1 1 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CRIMINAL NO. RWT 13 CR 0681 |
| CHARLES W. PARKER, JR., | * | (False Claims, 18 U.S.C. § 287; Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant | * | |

\*\*\*\*\*\*



## INDICTMENT

### COUNTS ONE THROUGH FIVE
(False Claims)

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

1. Defendant **CHARLES W. PARKER, JR. ("PARKER")** was a resident of College Park, Maryland.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States of America.

3. On or about the dates set forth below, in the District of Maryland and elsewhere, the defendant,

**CHARLES W. PARKER, JR.,**

knowingly made and presented and caused to be made and presented to the IRS, an agency of the United States Department of the Treasury, a claim against the United States for payment of a tax refund, knowing that such claim was materially false, fictitious, and fraudulent, in that the defendant prepared and caused to be prepared, and filed and caused to be filed with the IRS, each

form set forth below that claimed a tax refund when the defendant knew that he was not entitled to the refund:

| Count | Taxpayer | Approximate Filing Date | Tax Year | Form Type | Claimed Withholding | Claimed Refund |
|---|---|---|---|---|---|---|
| 1 | Charles W. Parker Jr. | 12/23/08 | 2007 | 1040 | $430,860 | $283,875 |
| 2 | Charles W. Parker Jr. | 4/16/09 | 2005 | 1040X | $713,932 | $463,764 |
| 3 | Charles W. Parker Jr. | 5/5/09 | 2006 | 1040X | $880,637 | $570,425 |
| 4 | Charles W. Parker Jr. | 5/5/09 | 2007 | 1040X | $451,226 | $7,107 |
| 5 | Charles W. Parker Jr. | 6/3/09 | 2008 | 1040 | $812,930 | $399,622 |

18 U.S.C. § 287
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: December 11, 2013

2