LJB/EBP: 2012R00045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RWT-13-0681 |
| CHARLES W. PARKER, JR., | * | (Conspiracy, 18 U.S.C. § 371; False Claims, 18 U.S.C. § 287; Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant | * | |

*******

## THIRD SUPERSEDING INDICTMENT

### COUNT ONE
### (Conspiracy)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Third Superseding Indictment:

1. Defendant **CHARLES W. PARKER, JR. ("PARKER")** was a resident of Maryland and the District of Columbia. Defendant **PARKER** maintained and possessed sole signatory authority for Bank of America, N.A. account number XXX-XXXX-5050 ("the BOA 5050 Account").

2. Troy Madoo ("Madoo") was a resident of Maryland and operated a business called Preston & Drake.

3. Harry Williams ("Williams") was a resident of Maryland.

4. Penny Jones ("Jones") was a resident of Idaho.

5. Individual A and Individual B were residents of Atlanta, Georgia. Individual A and Individual B maintained and possessed Wachovia Bank, N.A. account number XXXXXXXXX5144 ("the Wachovia 5144 Account").

6. Individual C was a resident of Maryland.

7. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States.

8. IRS Forms 1099-OID were used to report income and associated withholdings to the IRS.

9. Williams and Jones were each tax return preparers who prepared false tax returns based on fraudulent Forms 1099-OID and other Forms 1099 (the "OID Scheme").

## The Conspiracy

10. Between in or about October 2008 and in or about June 2009, in the District of Maryland and elsewhere, the defendant,

**CHARLES W. PARKER, JR.,**

did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree with Troy Madoo, Harry Williams, Penny Jones, and others known and unknown to the Grand Jury to defraud the United States for the purpose of impeding, impairing, obstructing and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of revenue, to wit, by preparing and filing, and assisting others in preparing and filing, false federal income tax returns which made claims for the payment of tax refunds to which the taxpayers were not entitled and by concealing and attempting to conceal the fraudulent refunds from the IRS.

## Manner and Means

11. The conspiracy was carried out through the following manner and means, among others:

    a. It was part of the conspiracy and scheme to defraud that defendant **PARKER** and Madoo recruited clients to the OID Scheme, including Individual A and Individual B.

    b. It was further part of the conspiracy and scheme to defraud that defendant **PARKER** and Madoo collected the financial information necessary to prepare fraudulent Forms 1099-OID.

    c. It was further part of the conspiracy and scheme to defraud that defendant **PARKER** and Madoo provided financial information, and caused financial information to be provided, to Jones for the purpose of preparing false tax returns.

    d. It was further part of the conspiracy and scheme to defraud that defendant **PARKER** paid Jones to prepare false tax returns for defendant **PARKER**, Madoo, and others. These tax returns falsely reported the amount of taxes withheld and purportedly paid to the IRS.

    e. It was further part of the conspiracy and scheme to defraud that defendant **PARKER** and Madoo mailed, and caused to be mailed, to the IRS false tax returns claiming large tax refunds to which the taxpayers were not entitled.

    f. It was further part of the conspiracy and scheme to defraud that defendant **PARKER** caused the IRS to issue fraudulent tax refunds to defendant **PARKER** and to Individual A and Individual B.

3

## Overt Acts

12. In furtherance of the conspiracy and to achieve its objects, defendant **PARKER** and his co-conspirators committed the following overt acts, among others, in the District of Maryland and elsewhere:

   a. On or about December 19, 2008, defendant **PARKER** mailed to the IRS a false 2007 Form 1040, U.S. Individual Income Tax Return, prepared by Williams, which claimed a tax refund in the amount of $283,875.

   b. On or about January 3, 2009, Madoo mailed to the IRS a false 2007 Form 1040, prepared by Williams, which claimed a tax refund in the amount of $473,258.

   c. On or about February 9, 2009, defendant **PARKER** deposited a tax refund in the amount of $283,875 into defendant **PARKER**'s BOA 5050 account.

   d. On or about March 16, 2009, Madoo sent an email to Jones providing financial information so that Jones could prepare a false tax return for Preston & Drake, and directing Jones to bill defendant **PARKER** for the preparation of that tax return.

   e. On or about March 19, 2009, defendant **PARKER** paid Jones $3,000 for the preparation of a false tax return for Madoo and others.

   f. On or about March 31, 2009, defendant **PARKER** paid Jones $750 for the preparation of Madoo's 2008 tax return.

   g. On or about April 10, 2009, Madoo sent an email to Jones discussing Madoo's 2005 tax return and directing Jones to bill defendant **PARKER** for the tax return preparation.

   h. On or about April 13, 2009, defendant **PARKER** paid Jones $2,450 for Jones's preparation of **PARKER**'s 2005 tax return, Madoo's 2005 tax return, and Individual A and Individual B's 2008 joint tax return.

i.  On or about May 26, 2009, defendant **PARKER** and Jones caused the IRS to issue a tax refund to Individual A and Individual B in the amount of $1,723,693.

j.  On or about May 29, 2009, defendant **PARKER** emailed Madoo a copy of the refund check in the amount of $1,723,693 that was sent to Individual A and Individual B.

k.  On or about May 30, 2009, Jones recommended that defendant **PARKER** tell his clients to move assets in order to protect the assets from the IRS.

l.  On or about June 3, 2009, defendant **PARKER** sent Individual A and Individual B an email directing them to wire funds to **PARKER**'s BOA 5050 Account.

m.  On or about June 4, 2009, Individual A and Individual B transferred by wire $182,370 from the Wachovia 5144 Account to defendant **PARKER**'s BOA 5050 Account.

n.  On or about the following dates, defendant **PARKER**, Madoo, Williams, Jones, and others, caused the following tax returns for the tax years listed below to be prepared and filed with the IRS on behalf of themselves and others, falsely claiming tax refunds in the amounts listed below:

| Subparagraph | Taxpayer | Approximate Filing Date | Tax Year | Form Type | Claimed Refund |
|---|---|---|---|---|---|
| n(1) | Charles W. Parker Jr. | 12/23/2008 | 2007 | 1040 | $283,875 |
| n(2) | Troy Madoo | 1/8/2009 | 2005 | 1040 | $341,258 |
| n(3) | Troy Madoo | 1/8/2009 | 2006 | 1040 | $819,532 |
| n(4) | Troy Madoo | 1/8/2009 | 2007 | 1040 | $473,258 |
| n(5) | Preston & Drake | 3/25/2009 | 2005 | 1120 | $394,137 |
| n(6) | Preston & Drake | 3/25/2009 | 2006 | 1120 | $798,509 |
| n(7) | Preston & Drake | 3/25/2009 | 2007 | 1120 | $501,435 |
| n(8) | Preston & Drake | 3/25/2009 | 2008 | 1120 | $55,294 |
| n(9) | Individual C | 3/28/2009 | 2008 | 1040 | $270,336 |
| n(10) | Troy Madoo | 3/28/2009 | 2008 | 1040 | $426,496 |
| n(11) | Charles W. Parker Jr. | 4/16/2009 | 2005 | 1040X | $463,764 |
| n(12) | Charles W. Parker Jr. | 4/18/2009 | 2008 | 1040 | $399,622 |
| n(13) | Troy Madoo | 4/28/2009 | 2006 | 1040X | $1,110,622 |
| n(14) | Troy Madoo | 4/28/2009 | 2007 | 1040X | $919,265 |
| n(15) | Individual A and Individual B | 5/4/2009 | 2008 | 1040 | $1,553,053 |
| n(16) | Charles W. Parker Jr. | 5/5/2009 | 2006 | 1040X | $570,425 |
| n(17) | Charles W. Parker Jr. | 5/5/2009 | 2007 | 1040X | $7,107 |

18 U.S.C. § 371

## COUNTS TWO THROUGH SEVEN
(False Claims)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 9 and 11 through 12 of Count One are incorporated here.

2. On or about the dates set forth below, in the District of Maryland and elsewhere, the defendant,

**CHARLES W. PARKER, JR.,**

knowingly made and presented and caused to be made and presented to the IRS, an agency of the United States Department of the Treasury, a claim against the United States for payment of a tax refund, knowing that such claim was materially false, fictitious, and fraudulent, in that the defendant prepared and caused to be prepared, and filed and caused to be filed with the IRS, each form set forth below that claimed a tax refund when the defendant knew that the taxpayer listed on the form was not entitled to the refund:

| Count | Taxpayer | Approximate Filing Date | Tax Year | Form Type | Claimed Withholding | Claimed Refund |
|---|---|---|---|---|---|---|
| 2 | Charles W. Parker Jr. | 12/23/08 | 2007 | 1040 | $430,860 | $283,875 |
| 3 | Charles W. Parker Jr. | 4/16/09 | 2005 | 1040X | $713,932 | $463,764 |
| 4 | Charles W. Parker Jr. | 5/5/09 | 2006 | 1040X | $880,637 | $570,425 |
| 5 | Charles W. Parker Jr. | 5/5/09 | 2007 | 1040X | $451,226 | $7,107 |
| 6 | Charles W. Parker Jr. | 4/18/09 | 2008 | 1040 | $812,930 | $399,622 |
| 7 | Individual A and Individual B | 5/4/09 | 2008 | 1040 | $2,446,594 | $1,553,053 |

18 U.S.C. § 287
18 U.S.C. § 2

A TRUE BILL:
**SIGNATURE REDACTED**
Foreperson

Rod J. Rosenstein
United States Attorney

Date: August 31, 2015

7