# UNITED STATES OF AMERICA

## vs.

## CHARLES W. PARKER, JR.

**Criminal No. RWT 13-0681**                                   **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/14/2015 | 10/14/2015 | Client interview outline |
| 2 | 10/14/2015 | 10/14/2015 | Memorandum of Interview |
| 3 | 10/15/2015 | 10/15/2015 | Notes written by Tara Reid |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |