AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Charles W. Parker, Jr.

*Defendant*

) Case No. RWT-13-681
)
)
)
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Charles W. Parker, Jr.                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In support of the Superseding Indictment charging Charles W. Parker, Jr. with violations of federal law including:

Title 18 U.S.C. § 287, False Claims

Date:   04/23/2014

*Issuing officer's signature*

City and state:   Greenbelt, Maryland

William Connolly, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/23/14, and the person was arrested on *(date)* 4/24/14
at *(city and state)* Greenbelt, MD.

Date: _____

*Arresting officer's signature*

RM Frederick Sousa
*Printed name and title*